AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Joshua Colin Honigberg | ) Case No. 1:20-mj-471 |
| | ) |
| *Defendant(s)* | ) |

FILED

May 29, 2020

Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/29/2020__ in the county of __Travis__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861(d) | Possession of an unlawful destructive device. |

This criminal complaint is based on these facts:

See attachment for supporting facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeffery Deane, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/29/2020

_____
Judge's signature

City and state: _____

Mark Lane, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>§<br>Plaintiff.  §<br>§<br>v. §<br>§<br>JOSHUA COLIN HONIGBERG §<br>§<br>Defendant. § | CRIMINAL NO. __1:20-mj-471__ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey T. Deane, Task Force Officer, Federal Bureau of Investigation (FBI), Austin, Texas, being duly sworn, depose and state the following:

1. I have been a Task Force Officer with the Federal Bureau of Investigation's (FBI) Joint Terrorism Task Force (JTTF) for one year and am employed by the Austin Fire Department as an Arson Investigator. I have been a professional firefighter for nineteen years as well as a law enforcement officer for four years, and am certified by the State of Texas as a Master Arson Investigator, Hazardous Materials Technician, and Peace Officer. During my career I have investigated various violations of state and federal law, including but not limited to domestic terrorism, weapons of mass destruction, bombing/explosive related matters, and arson. I have additional training in the fundamentals of improvised explosives as well as post-blast investigation. I have authored numerous search warrant affidavits and participated in the execution of such warrants, leading to the seizure of controlled substances, firearms, United States currency, records, cellular telephones, and other evidence. My training and experience includes the execution of premises search warrants and the review of digital devices for evidence. I am currently involved

in an investigation involving Honigberg who is suspected to be in violation of violation of 26 U.S.C. § 5861(d) (possession of an unlawful destructive device).

2. As a result of my personal participation in this investigation, I am familiar with relevant aspects of this investigation. On the basis of this familiarity and other information, which I have reviewed and determined to be reliable, detailed more fully below, I believe there is probable cause to believe that Joshua Colin Honigberg has committed a violation of 26 U.S.C. § 5861(d) (possession of an unlawful destructive device) within the Western District of Texas.

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a complaint and arrest warrant, it does not contain every fact known to Affiant or other agents of the FBI.

## FACTS

4. On May 29, 2020, the Federal Bureau of Investigation and Austin Police Department executed a search warrant at 11215 Research Boulevard, Apartment 1016, Austin, TX 78759, which is the residence of Joshua Colin HONIGBERG.

5. During the course of the search, the following item was discovered:

6. One improvised explosive device (IED) comprised of a plastic hard case, locked in the closed position by a padlock, which composed the containment vessel containing multiple explosive charges with fusing systems and multiple pieces of metal fragmentation.

7. Based on the expert opinion of FBI Special Agent Bomb Technician (SABT) James Wilson, the above described components together make up a destructive device, to wit; an explosive bomb, capable of causing property damage and personal injuries and/or death to persons near the explosion.

8. ATF Special Agent Daniel Mueller caused a check of the records of the National Firearms Registration and Transfer Records (NFRTR) for Joshua Colin HONIGBERG, DOB

05/08/1985, SSN 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 and found that there are no National Firearms Act weapons, including Destructive Devices, legally registered to this individual. A check of the Federal Licensing System was also conducted and there is no record of an Explosives License for Joshua Colin HONIGBERG.

9. Based on the above information, it is Affiant's belief that HONIGBERG was in violation of Title 26, United States Code, Section 5861(d).

FURTHER AFFIANT SAYETH NAUGHT.

Affiant declares under penalty of perjury that the foregoing is true and correct to the best of Affiant's knowledge and belief.

_____
Jeffrey Deane
Task Force Officer
Federal Bureau of Investigation
Austin, Texas

Subscribed and sworn to before me at Austin, Texas, on this __29th__ day of ___May___, 2020.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE