FILED

APR 6 2021

CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | CRIMINAL NO. A-20-CR-175 |
| Plaintiff, | § § § | **S E C O N D**<br>**S U P E R S E D I N G** |
| v. | § § | **I N D I C T M E N T** |
| JOSHUA COLIN HONIGBERG, | § § | [Violation: Ct. 1: 26 U.S.C. § 5861(d) - [Unlawful Possession of Destructive |
| Defendant. | § § | Device]; Ct. 2: 21 U.S.C. § 844 -Possession of a Controlled Substance |

**THE GRAND JURY CHARGES:**

COUNT ONE
(Unlawful Possession of Destructive Device)
[26 U.S.C. § 5861(d)]

On or about May 29, 2020, in the Western District of Texas, the defendant,

**JOSHUA COLIN HONIGBERG,**

knowingly possessed a destructive device, as defined by Title 26, United States Code, Sections 5845(a)(8) and (f)(3), to wit: a combination of parts enclosed in a plastic Pelican case containing four fused, duct tape wrapped powder devices, two shotgun shells, four road flares, two smoke grenades, one commercially-available lighter, one caustic substance grenade, precut length of fuse, one fused pyrotechnic device and thirteen metal tire deflation devices; that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT TWO
### Possession of a Controlled Substance
### [21 U.S.C. § 844(a)]

On or about May 29, 2020, in the Western District of Texas, the defendant,

**JOSHUA COLIN HONIGBERG,**

knowingly and intentionally possessed Psilocin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

ASHLEY C. HOFF
United States Attorney

By:

GRANT SPARKS
Assistant U.S. Attorney