James R Wilson

FEDERAL BUREAU OF INVESTIGATION

SAN ANTONIO FIELD OFFICE

5740 UNIVERSITY HEIGHTS BLVD

SAN ANTONIO, TX 78249

(210) 650-6664

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| May 2020 – Present | **Acting Supervisory Special Agent**<br>San Antonio Headquarters<br>San Antonio Field Office<br>Federal Bureau of Investigation<br><br>Acting Supervisory Special Agent for Complex Financial Crimes and Healthcare Fraud. Conducted a variety criminal investigations including Public Corruption, Complex Financial Crimes, and Healthcare Fraud. Successfully qualified for and passed the FBI Firearms Instructor School. Firearms Instructors are responsible for supporting the firearms training program for the San Antonio Division and serving as Subject Matter Experts on firearms, ammunition, and related training. |
| Jan 2019 – Present | **Special Agent Bomb Technician**<br>San Antonio Field Office<br>Federal Bureau of Investigation<br>McAllen and San Antonio, TX<br><br>Responded to investigations and calls regarding Improvised Explosive Devices (IEDs) and conducted operational Render Safe Procedures (RSP) in conjunction with local and state bomb squads. Collect and maintain evidentiary items in support of bombing investigations, forwarding evidence to FBI Explosives Unit for forensic exploitation. Present prosecutive packages to US Attorney's Office for opinion and prosecution. Conduct recertification inspections of local Bomb Squads to ensure compliance with Public Safety Bomb Squad standards and maintenance of proper equipment. Participate in monthly training to ensure maintenance of critical Bomb Technician skills. Served as Acting Special Agent Bomb Technician Team Leader from May to October 2020. |
| June 2015 – May 2020 | **Special Agent**<br>McAllen Resident Agency<br>San Antonio Field Office<br>Federal Bureau of Investigation<br><br>Conducted a variety criminal investigations. Including Public Corruption, Complex Financial Crimes, and Healthcare Fraud. |

| | |
|---|---|
| April 2009 – June 2015 | **Retail Security Expert**<br>Walgreen Company<br>San Antonio/Austin Markets<br>Federal Bureau of Investigation<br><br>Conducted a variety of internal investigations involving theft, drug diversion, wage and timecard fraud, and other internal corporate matters as directed. Provided guidance to retail stores on profit protection and loss mitigation. Routinely worked with law enforcement partners on criminal cases arising from my investigations. Responsible for market wide physical security initiatives in the retail stores and supporting facilities. |
| Nov 1996 – August 2012 | **Counterintelligence Chief**<br>United States Marine Corps<br>Various Locations<br>Camp Pendleton, CA<br><br>Responsible for the vision, guidance, and daily operation of a Counterintelligence Team/Human Exploitation Team in garrison and deployed environments. Routinely engaged with human intelligence sources to support combat operations to protect friendly forces and identify threats. Specifically trained in interrogation and interview skillsets to fully exploit human sources. While deployed I developed and utilized a robust source network to identify IED threats, IED manufacturers, and IED cells operating in our area of responsibility. Using these sources we would confirm the IED threat and support the development of mitigation strategies. Where possible we would collect and disseminate intelligence on the IED threat, such as type, components, activation, charge, location and manufacturer. |

EDUCATION

University of the Incarnate Word
San Antonio, TX
Master of Business Administration
2016

Embry Riddle Aeronautical University
Randolph AFB, TX
Bachelor of Science in Aeronautics
2011

RELEVANT PROFESSIONAL TRAINING

September 2020 – FBI Firearms Instructor School

January 2020 - Improvised Explosive Device Access Disablement and Defeat Course, Huntsville, AL

November 2019 - National Improvised Explosives Fundamentals Course, Florence, AL

September 2019 - International Pre-deployment Training for SABTs, Huntsville, AL

January 2019 - Hazardous Devices School, Redstone Arsenal, Huntsville, AL

December 2018 - Hazardous Materials Technician Course, Anniston, AL

August – December 2018 - Special Agent Bomb Technician On-the-Job Training

SABT CASEWORK EXPERIENCE

January 2021 – Deployed to Texas State Capitol for Bomb Tech support to anticipated protests.

November 2020 – Deployed in support of search warrant for suspected bomb maker in Austin, TX. Devices located and rendered safe. Samples taken and entered into evidence.

November 2020 – Responded to traffic stop by Texas DPS where suspected bombs were located. Determined to be viable "cricket" devices, removed and rendered safe.

September 2020 – Responded to report of IED placed on pipeline near Blanco, TX. Conducted investigation and determined to be a hoax device.

August 2020 – Responded to request for support from San Antonio Police Department Bomb Squad regarding a suspicious device in San Antonio, TX. Investigation determined it to be a hoax device to disrupt a murder suicide scene.

June 2020 – Deployed with San Antonio Police Department Bomb Squad for a Pipe Bomb discovered in San Antonio, TX. Device confirmed, removed, and rendered safe. Components entered into evidence.

June 2020 – Deployed to Bandera, TX, to provide Bomb Tech Support for a high risk Search Warrant for suspected bomb maker. Scene searched, no devices or precursors found.

June 2020 – Responded to Hazardous Device call in San Antonio, TX. Devices determined to be Molotov Cocktails, removed and rendered safe. Liquid samples taken and entered into evidence.

May 2020 – Deployed to Austin, TX in support of Search Warrant with possible bomb. Device located, removed and rendered safe. Explosive samples and device components entered into evidence.

November 2019 – Responded to search warrant scene in support of FBI operation. Conducted extensive x-ray and x-ray analysis to clear large building of threat.

July 2019 – Responded to Robinson, TX for SWAT standoff/shooting. Subject claimed to have bombs prepared. Search of residence and out buildings discovered device precursors. Seized and entered in to evidence.

June 2019 - Search warrant support in Harlingen, TX. Device components and chemical precursors located. Samples taken and entered into evidence.

April 2019 - Valero PGA Tournament, San Antonio, TX. Provided on scene bomb squad response and sweeps for multi-day event. Numerous bag and package x-rays to clear suspicious items.