Filed 8/18/2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____
        DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. A-20-CR-175-LY |
| | § | |
| JOSHUA COLIN HONIGBERG | § | |

### SPECIAL VERDICT FORM

For each count on this special verdict form, write "Guilty" or "Not Guilty" in the space provided.

The presiding juror must sign and date the special verdict form on page 4.

*Please proceed to the next page.*

## 1. Count One: Unlawful Possession of an Unregistered Firearm

We, the jury, with regard to Defendant JOSHUA COLIN HONIGBERG, unanimously find the following:

Answer "Guilty or "Not Guilty."

COUNT ONE: ___Not Guilty___

*Please proceed to the next page.*

## 2. Count Two: Unlawful Possession of a Controlled Substance

We, the jury, with regard to Defendant JOSHUA COLIN HONIGBERG, unanimously find the following:

Answer "Guilty or "Not Guilty."


COUNT TWO: ____Guilty____


There are no more counts. Please proceed to the next page, and your Presiding Juror will sign and date the special verdict form.

3

We, the jury, unanimously made each of the findings indicated on this special verdict form.

Submitted this ___18th___ day of August, 2021 at ___1:50___ o'clock p  m.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
PRESIDING JUROR

4