FILED

21 SEP 16 PM 12:59

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. A-20-CR-175  LY |
| | ) | |
| JOSHUA COLIN HONIGBERG | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on the motion of the United States of America's motion to dismiss all remaining counts in the above entitled cause number.

Based on a review of the file, record, and proceedings, the Court finds that the Motion should be GRANTED.

_September 16, 2021._
Date

_Lee Yeakel_
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

3